IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELICIA ENHUA <br>     Plaintiff, | § <br> § <br> § | |
| V. | § <br> § | CIVIL ACTION NO. 4:18-cv-02166 <br> Jury Demanded |
| PEPSICO, INCORPORATED <br>     Defendant. | § <br> § | |

## DEFENDANT'S CERTIFICATE OF CONFERENCE REGARDING MOTION TO TRANSFER VENUE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to U.S. District Court for the Southern District of Texas Local Rule 7(D), Defendant PepsiCo, Inc.'s ("Defendant") counsel, Rea K. Ferandez, attempted to confer with Plaintiff's counsel, Shelly M. Davis-Smith, via email on September 22, 2018 regarding Defendant's Motion to Transfer Venue (the "Motion") (Doc. No. 5) as to whether she opposed the relief sought therein. To date, Plaintiff's counsel has not indicated whether she opposes Defendant's Motion. Accordingly, Defendant's counsel certifies that Plaintiff is opposed to the relief requested in the Motion, and submits this Motion to the Court for consideration.

4828-2818-7764.2

Respectfully submitted,

By: ___*/s/ Raymond A. Cowley*_____

    **Raymond A. Cowley**
    Attorney-In-Charge
    Texas State Bar No. 04932400
    SBN No. 9642
    1400 North McColl Rd., Suite 204
    McAllen, Texas 78501
    Telephone: (956) 984-7400
    Facsimile:  (956) 984-7499

    **Rea K. Ferandez**
    So. Dist. No. 1357837
    Texas State Bar No. 24078496
    Email:  rferandez@dykema.com
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile:  (210) 226-8395

**OF COUNSEL:**

**DYKEMA COX SMITH**

**ATTORNEYS FOR DEFENDANT, PEPSICO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve a copy on the following counsel of record:

Shelly M. Davis-Smith
THE DAVIS LAW FIRM
3100 Richmond Ave., Suite 480
Houston, Texas 77098
Telephone:  (713) 349-9299
Facsimile:  (713) 800-4974
Email:  sms@davis-smithlaw.com

        */s/ Raymond A. Cowley*_____
        Raymond A. Cowley

Page 2